


AMY E. HOWLETT
ATTORNEY-AT-LAW
125 BROAD STREET, 33RD FLOOR
NEW YORK, NEW YORK 10004-2498

TELEPHONE: (212) 558-7413
FACSIMILE:  (212) 558-4947

November 30, 2007

<u>Via Hand Delivery</u>

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

**MEMO ENDORSED**

Re: <u>Bennett, et al. v. Horne, et al., 07-CV-2823 (RPP)</u>

Dear Judge Patterson:

      I write to request an extension of the deadline by which plaintiffs must file their first amended complaint. The complaint is currently due to be filed on December 26, 2007. Communicating with plaintiffs has been difficult and much more time consuming than originally anticipated. Also, I have not had the opportunity to review key documents mailed to me by some of my clients because the documents were confiscated by the superintendent of one of the correctional facilities. I have been told that the documents were returned to the inmates, but have yet to receive them. In addition, just this week, I was contacted by a number of additional inmates who wish to be included as named plaintiffs in the action. I need to schedule time to interview each plaintiff to discuss the case and gather facts for the compliant. Given these circumstances, I respectfully request that the December 26, 2007 deadline for filing the first amended complaint be extended to February 1, 2008. No further extensions will be sought.

Sincerely,

Amy E. Howlett

*Application granted
So ordered
[signature] Robert P. Patterson
12/03/07*