```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

AMY E. HOWLETT
ATTORNEY-AT-LAW
125 BROAD STREET, 33RD FLOOR
NEW YORK, NEW YORK 10004-2498

[RECEIVED FEB 20 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON]

TELEPHONE: (212) 558-7413
FACSIMILE: (212) 558-4947

February 20, 2008

Via Hand Delivery

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

**MEMO ENDORSED**

Re:   Bennett, et al. v. Horn, et al., 07-CV-2823 (RPP)

Dear Judge Patterson:

I represent plaintiffs in the above-captioned case. Plaintiffs had requested an extension of time to file the First Amended Complaint, which is now due to be filed tomorrow, Thursday, February 21, 2008. The delay was requested, *inter alia*, to allow plaintiffs' expert time to review photographs and measurements from plaintiffs' January 28, 2008 tour of certain Rikers Island facilities. Plaintiffs' counsel was to provide defendants with an advance copy of the complaint seven days prior to filing in order to aid discussions. Because the Department of Corrections needed to review the photos for security reasons, plaintiffs were not provided with the photographs until Wednesday, February 13, 2008, the day before plaintiffs' advance copy was due. As a result of this delay and for other reasons, plaintiffs were not able to provide defendants with an advance copy of the complaint until Friday, February 15, 2008, shortly before the close of business. Defendants request that plaintiffs delay filing the complaint until Tuesday, February 26, 2008, in order to give defendants a full seven days to review the complaint and to facilitate possible resolution of certain aspects of the complaint. In an effort to advance good-faith negotiations with defendants, plaintiffs consent to the adjournment, if Your Honor deems it appropriate.

Respectfully,

Amy E. Howlett

[handwritten endorsement: Application granted. So Ordered. R.P. Patterson]

cc: Martin Bowe