AMY E. HOWLETT
ATTORNEY-AT-LAW
125 BROAD STREET, 33RD FLOOR
NEW YORK, NEW YORK 10004-2498

TELEPHONE: (212) 558-7413
FACSIMILE:  (212) 558-4947

**MEMO ENDORSED**

February 26, 2008

Via Hand Delivery

Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

Re:   Bennett, et al. v. Horne, et al., 07-CV-2823 (RPP)

Dear Judge Patterson:

Enclosed please find two courtesy copies of plaintiffs' First Amended Complaint, which, along with my notice of appearance, has been served upon defendants.

Because the parties have been engaged in negotiations that will likely result in resolution of some issues in the complaint, both parties respectfully request that defendants be granted 3 months to answer the complaint. We believe this extension is necessary to facilitate possible resolution of the case.

Respectfully submitted,

Amy E. Howlett

cc: Martin Bowe

*Application granted*
*answer due May 27, 2008*
*So ordered*
*Robert P. Patterson*
*USDJ*
*2/27/08*