



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARTIN BOWE
*Senior Counsel*
Tel: (212) 788-0878
Fax: (212) 788-0940
Cell: (646) 498-7178
email: mbowe@law.nyc.gov

April 15, 2008

**By Facsimile (212) 805-7917**
Honorable Robert P. Patterson
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

Re:   Bennett v. Horne, et al. 07-CV-2823 (RPP)

Dear Judge Patterson:

    I am the Assistant Corporation Counsel assigned to represent the defendants in the above-titled action. I write to respectfully request a 90-day enlargement of time to file defendants' answer, from April 10, 2008 to July 10, 2008. Plaintiff consents to this request. I also apologize for the lateness of this request which is due, in part, to recent injury and it's treatment.

    The parties are actively working to resolve this matter. The City defendants have met with plaintiff's counsel and are working aggressively to resolve all the institutional claims set forth in the complaint. Additionally, plaintiff is preparing settlement demands for each plaintiff.

    Thank you for considering this request.

Respectfully submitted,

Martin Bowe (MB 8042)
Assistant Corporation Counsel

**MEMO ENDORSED**

*Application Granted
So ordered
[signature] Robert P. Patterson
USDJ
4/15/08*

**By Facsimile (212) 558-4947**
Amy E. Howlett
Sullivan & Cromwell
125 Broad Street
New York, NY 10004
(212) 558-7413