UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
Bennett, et al.,                    :  07 CV 2823 (RPP)
                                    :
          Plaintiffs,               :  NOTICE OF VOLUNTARY
     v.                             :  DISMISSAL WITHOUT PREJUDICE
                                    :  OF PLAINTIFF KENNETH
Martin Horn, et al.,                :  BRADLEY'S CLAIMS
                                    :
          Defendants.               :
------------------------------X

     Plaintiff Kenneth Bradley hereby provides notice that that the above-entitled action with regard *only* to the claims brought by plaintiff Kenneth Bradley against the defendants is hereby dismissed without prejudice to the plaintiff, and without costs or fees with respect to all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: May 20, 2008
      New York, New York

                                  Amy E. Howlett (AH 9112)
                                  125 Broad Street, 33rd Floor
                                  New York, NY 10004

                                  Attorney for Plaintiff
                                  Kenneth Bradley

SO ORDERED
Dated: May 21, 2008
      New York, New York                    Robert P. Patterson
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08