```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007



MICHAEL A. CARDOZO
*Corporation Counsel*

MARTIN BOWE
*Senior Counsel*
Tel: (212) 788-0878
Fax: (212) 788-0940
Cell: (646) 498-7178
email: mbowe@law.nyc.gov

July 11, 2008

**By Facsimile (212) 805-7917**
Honorable Robert P. Patterson
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

MEMO ENDORSED

Re: Bennett v. Horne, et al. 07-CV-2823 (RPP)

Dear Judge Patterson:

     I am the Assistant Corporation Counsel assigned to represent the defendants in the above-titled action. I write to respectfully request a 30-day enlargement of time to file defendants' answer, from July 10, 2008 to August 11, 2008. Plaintiff consents to this request. I apologize for not submitting this request yesterday; I was delayed due to a personal matter of an emergency nature that arose yesterday.

     The parties are actively working to resolve the claims set forth in the complaint, and met yesterday to discuss a first draft of a stipulation of settlement and discontinuance. The parties have continued to work toward resolution of all the institutional claims set forth in the complaint. Additionally, the parties are discussing resolution of the individual damages claims set forth in the complaint.

     Thank you for considering this request.

Respectfully submitted,

Martin Bowe (MB 8042)
Assistant Corporation Counsel

**By Facsimile (212) 558-4947**
Amy E. Howlett
Sullivan & Cromwell
125 Broad Street
New York, NY 10004
(212) 558-7413

*Application Granted
So ordered*
Robert P. Patterson
USDJ
7/11/08