

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARTIN BOWE
*Senior Counsel*
Tel: (212) 788-0878
Fax: (212) 788-0940
Cell: (646) 498-7178
email: mbowe@law.nyc.gov

August 8, 2008

**By Facsimile (212) 805-7917**
Honorable Robert P. Patterson
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   Bennett v. Horne, et al. 07-CV-2823 (RPP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

Dear Judge Patterson:

     I am the Assistant Corporation Counsel assigned to represent the defendants in the above-titled action. I write to respectfully request a 60-day enlargement of time to file defendants' answer, from August 11, 2008 to October 10, 2008. Plaintiff consents to this request.

     The parties continue to work toward resolving both the institutional and individual claims set forth in the complaint.

     Thank you for considering this request.

Respectfully submitted,

Martin Bowe (MB 8042)
Assistant Corporation Counsel

**By Facsimile (212) 558-4947**
Amy E. Howlett
Sullivan & Cromwell
125 Broad Street
New York, NY 10004
(212) 558-7413

**MEMO ENDORSED**

So ordered
Robt P Patterson
8/11/08