

**DANIEL R. MARGOLIS**
ATTORNEY-AT-LAW
125 BROAD STREET, 28TH FLOOR
NEW YORK, NEW YORK 10004-2498

TELEPHONE: (212) 558-7775
FACSIMILE:  (212) 291-9394

**MEMO ENDORSED**

April 15, 2011



By Facsimile

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11

Re: Bennett, et al. v. Horn, et al., 07-CV-2823 (RPP)

Dear Judge Patterson:

I am counsel for the plaintiffs in the above-referenced case. On February 16, 2011, plaintiffs copied the Court on a letter addressed to defendants concerning compliance with the *Bennett* Stipulation. On February 18, 2011, defendants wrote the Court asking that the parties submit a joint status letter by April 15 in regards to the issues raised in plaintiffs' letter.

Over the past two months, the parties have met and conferred in person about the issues raised in plaintiffs' letter, and defendants have produced certain documents. The parties believe that an amicable resolution of all issues can be reached, and need additional time to achieve such an outcome. The parties respectfully request that the Court extend the date for submission of the joint status letter to May 20, 2011. This additional time will allow the parties to achieve the fullest possible resolution of all relevant issues.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Daniel R. Margolis

*Application granted. So ordered.*
*[signed] Patterson*
*RPP J*
*4/15/11*

cc: Martin Bowe