



**DANIEL R. MARGOLIS**
ATTORNEY-AT-LAW
125 BROAD STREET, 28TH FLOOR
NEW YORK, NEW YORK 10004-2498

TELEPHONE: (212) 558-7775
FACSIMILE: (212) 291-9394

May 20, 2011

By Facsimile

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007



Re: Bennett, et al. v. Horn, et al., 07-CV-2823 (RPP)

Dear Judge Patterson:

      I am counsel for the plaintiffs in the above-referenced case. On February 16, 2011, plaintiffs copied the Court on a letter addressed to defendants concerning compliance with the *Bennett* Stipulation. On February 18, 2011, defendants wrote the Court asking that the parties submit a joint status letter by April 15 in regards to the issues raised in plaintiffs' letter. The parties wrote the Court on April 15 requesting that the Court extend the date for submission of the joint status letter to May 20, in order for the parties to attempt an amicable resolution of all issues.

      On May 19, defendants provided class counsel with five declarations from civilian and uniformed Department of Corrections staff addressing, from defendants' perspective, the issues raised in the February 16 letter. Plaintiffs need a reasonable opportunity to consider these declarations in order to determine which, if any, issues remain unresolved. Accordingly, the parties respectfully request that the Court extend the date for submission of the joint status letter to June 17, 2011.

      We appreciate the Court's attention to this matter.

Respectfully submitted,

Daniel R. Margolis

cc: Martin Bowe

*Application granted.
So ordered.
[signature] Robert P. Patterson
5/20/11*