

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MARTIN BOWE
*Senior Counsel*
Tel: (212) 788-0878
Fax: (212) 788-0940
Cell: (646) 498-7178
email: mbowe@law.nyc.gov

June 9, 2011

**By Facsimile (212) 805-7917**
Honorable Robert P. Patterson
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/11

Re:  Bennett v. Horne, et al, 07-CV-2823 (RPP); Morales v. City, 10-CV-2097 (RPP).

Dear Judge Patterson:

    I am the Assistant Corporation Counsel assigned to represent the City defendants in the above-titled actions. I write in response to Mr. Louis Egnasko's request to be added as a plaintiff in Bennett. See Docket Entry No. 78.[1] Mr. Egnasko is apparently unaware that the Court's jurisdiction of Bennett has, in fact, ceased, pursuant to the sunset clause set forth in the Bennett Stipulation. However, to the extent Mr. Egnasko has a particular complaint that he wishes addressed, upon receipt of his letter, I will be happy to forward it to the Department of Correction for an appropriate response.

    Respectfully submitted,

    s/
    Martin Bowe
    Assistant Corporation Counsel

cc:  Daniel R. Margolis (212) 291-9394

*Thank you*
*Robert P. Patterson*
*USDJ*
*6/9/11*

---

[1] The City has not received a copy of Mr. Egnasko's letter.