**MEMO ENDORSED**

DANIEL R. MARGOLIS
ATTORNEY-AT-LAW
125 BROAD STREET, 28TH FLOOR
NEW YORK, NEW YORK 10004-2498



RECEIVED
JUN 30 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

TELEPHONE: (212) 558-7775
FACSIMILE: (212) 291-9394

June 30, 2011

By Facsimile

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/11

Re:   Bennett, et al. v. Horn, et al., 07-CV-2823 (RPP)

Dear Judge Patterson:

I am counsel for the plaintiffs in the above-referenced case. The Court had originally scheduled the date for submission of a joint status letter for April 15, and had subsequently extended the date to June 17. With deepest apologies, both parties mistakenly marked on their calendars that the joint status letter was due in July and only realized the error this morning.

The parties have a conference scheduled on July 7 to further discuss any issues remaining. The parties respectfully request that the Court extend the date for the submission of a joint status letter to July 18, 2011.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Daniel R. Margolis

cc: Martin Bowe

*Application granted.
So ordered.
[signature]
6/30/11*