**MEMO ENDORSED**



DANIEL R. MARGOLIS
ATTORNEY-AT-LAW
125 BROAD STREET, 28TH FLOOR
NEW YORK, NEW YORK 10004-2498

TELEPHONE: (212) 558-7775
FACSIMILE:  (212) 291-9394

July 18, 2011

By Facsimile

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/11

Re:   Bennett, et al. v. Horn, et al., 07-CV-2823 (RPP)

Dear Judge Patterson:

    I am counsel for the plaintiffs in the above-referenced case. Defendants have advised plaintiffs that they intend to file a motion to dismiss *Morales et al. v. City of New York, et al.*, CV 10-9534 (RPP), for failure to comply with 28 U.S.C. § 1915 as well as for allegedly concealing funds in sworn declarations. It is Defendants' view that the outcome of their § 1915 motion may obviate any further discussions with respect to any claims made by the *Morales* plaintiffs that overlap with the claims made in *Bennett* in light of the fact that the *Bennett* Stipulation has now sunset. Defendants have indicated that they hope to file their § 1915 motion on or before August 11, 2011. The parties therefore respectfully request that the Court extend the date for the submission of the next joint status letter to August 22, 2011 so that the parties may confer after the § 1915 motion is filed.

    We appreciate the Court's attention to this matter.

Respectfully submitted,

*Daniel Margolis/NRS*

Daniel R. Margolis

cc: Martin Bowe

*Application granted. Defendants shall file their motion on or before 8/11/11. The parties shall submit a joint status letter on 8/22/11. So ordered.*

*Robert P. Patterson   USDJ*
*7/18/11*

*See attached typewritten Memo Endorsement*

Case:           Bennett, et al. v. Horne, et al.
Index No.       07 Civ. 2823 (RPP)

**MEMO ENDORSEMENT READS:**

    **Application granted.**

    **Defendants shall file their motion on or before 8/11/11. The parties shall submit a joint status letter on 8/22/21.**

    **So Ordered.**

        *Robert P. Patterson, Jr., U.S.D.J., 7/18/11*