



CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**DANIEL R. MARGOLIS**
ATTORNEY-AT-LAW
125 BROAD STREET, 28TH FLOOR
NEW YORK, NEW YORK 10004-2498

TELEPHONE: (212) 558-7775
FACSIMILE: (212) 291-9394

August 22, 2011

By Facsimile

Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, NY 10007

**MEMO ENDORSED**

Re: Bennett, et al. v. Horn, et al., 07-CV-2823 (RPP) and
Morales et al. v. City of New York, et al., CV 10-9534 (RPP)

Dear Judge Patterson:

I am counsel for the plaintiffs in *Bennett*. On August 5, 2011, Defendants requested that the Court issue an Order to Show Cause in *Morales et al. v. City of New York, et al.*, CV 10-9534 (RPP), why the *Morales* plaintiffs should not have their *in forma pauperis* status revoked under 28 U.S.C. § 1915 and why the *Morales* action and related complaints by fourteen other plaintiffs should not be dismissed with prejudice as to ten of the plaintiffs and without prejudice as to the remaining five plaintiffs. The parties respectfully request that the Court extend the date for the submission of a joint status letter with respect to the fifteen individual *Morales* plaintiffs to fifteen days after the Court issues a decision dismissing, or not dismissing the *Morales* complaints, issues an Order indicating that it will not issue the requested Order To Show Cause, or disposes of the request for an Order to Show Cause in some other manner.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Daniel Margolis /NRS

Daniel R. Margolis

see attached
typewritten
Memo Endorsement

cc: Martin Bowe

*[Handwritten memo endorsement:]* Application Denied. Plaintiffs should respond to Defendants in the light of 28 U.S.C. § 1915(b) which requires a prisoner prior to suing pro se status to agree to the payment of the full filing fee of $350.00 before applying for pro se Inmate Transition Account. by an in forma pauperis status will be granted. The form is on the premises & before the Clerk of the Court. Any arguments until the full filing fee is paid. So Ordered. Robert P. Patterson U.S.
8/23/11

Bennett v. Horn, 07cv2823(RPP)
Morales v. City of New York, 10cv9534(RPP)

**Memo Endorsement reads**:

**Application Denied.**
**Plaintiff's should respond to Defendants in the light of 28 U.S.C. § 1915(b) which requires a prisoner prior to seeking Pro Se status to agree to the payment of the basic filing fee of $350.00 from his inmate transaction account before In Forma Pauperis status will be granted. The form requires the prison to inform the Clerk of the Court every six months until the full filing fee is collected.**

                                                **SO ORDERED.**
                                                **Robert P. Patterson, Jr.**
                                                        **USDJ**
                                                        **8/23/11**